*Meade Fletcher* filed a memorandum for the Reconstruction Finance Corporation.

No. 673. HARRISON, COLLECTOR OF INTERNAL REVENUE, *v.* GREYVAN LINES, INC. December 16, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Acting Solicitor General Washington* for petitioner. *Wilbur E. Benoy* and *Robert Driscoll* for respondent.

No. 781. UNITED MINE WORKERS OF AMERICA *v.* UNITED STATES; and
No. 782. LEWIS *v.* UNITED STATES. December 16, 1946. Petition for writs of certiorari to the United States Court of Appeals for the District of Columbia granted. *Welly K. Hopkins, Edmund Burke, T. C. Townsend, Harrison Combs, M. E. Boiarsky, Joseph A. Padway, Henry Kaiser* and *James A. Glenn* for petitioners. Reported below: See 70 F. Supp. 42.

No. 674. COMMISSIONER OF INTERNAL REVENUE *v.* MUNTER; and
No. 675. COMMISSIONER OF INTERNAL REVENUE *v.* MUNTER. December 16, 1946. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Acting Solicitor General Washington* for petitioner. *Samuel Kaufman* for respondents. Reported below: 157 F. 2d 132.

No. 680. CHAMPION SPARK PLUG Co. *v.* SANDERS ET AL., DOING BUSINESS AS PERFECT RECONDITION SPARK PLUG

Co. December 16, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Wilber Owen, Carl F. Schaffer* and *Samuel E. Darby, Jr.* for petitioner. *John Wilson Hood* for respondents.

No. 405. GAYES *v.* NEW YORK. December 16, 1946. Petition for writ of certiorari to the County Court of Monroe County, New York, granted. Petitioner *pro se. Nathaniel L. Goldstein,* Attorney General of New York, for respondent.

No. 418. NATIONAL LABOR RELATIONS BOARD *v.* JONES & LAUGHLIN STEEL CORP. On petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit; and

No. 419. NATIONAL LABOR RELATIONS BOARD *v.* E. C. ATKINS & Co. On petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit. December 23, 1946. The petition for writs of certiorari in these cases is granted. *Solicitor General McGrath* for petitioner. *John C. Bane, Jr.* for respondent in No. 418. *Kurt F. Pantzer* for respondent in No. 419. Reported below: No. 418, 154 F. 2d 932; No. 419, 155 F. 2d 567.

No. 811. UNITED MINE WORKERS OF AMERICA ET AL. *v.* UNITED STATES. December 23, 1946. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. *Welly K. Hopkins, Edmund Burke, T. C. Townsend, Harrison Combs, M. E. Boiarsky, Joseph A. Padway, Henry Kaiser* and *James A. Glenn* for petitioners.